# Exhibit A

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

**Reg. No. 2,928,564**

## United States Patent and Trademark Office

Registered Mar. 1, 2005

### TRADEMARK
PRINCIPAL REGISTER

# KRYO

KRYOGENIFEX, INC. (FLORIDA CORPORATION)
310 N.W. 24TH STREET
MIAMI, FL 33127

FOR: SPECIAL EFFECT CLOUDS GENERATORS AND COMPONENT PARTS THEREOF, USED AT NIGHTCLUBS AND EVENT VENUES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 8-0-2002; IN COMMERCE 8-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-563,707, FILED 11-24-2003.

BRIAN NEVILLE, EXAMINING ATTORNEY



**United States of America**
United States Patent and Trademark Office

# KRYOGENIFEX

| | |
|---|---|
| **Reg. No. 4,189,596** | KRYOGENIFEX, INC. (FLORIDA CORPORATION) |
| **Registered Aug. 14, 2012** | 101 COLLINS AVENUE, APT. 21<br>MIAMI BEACH, FL 33139 |
| **Int. Cl.: 11** | FOR: SPECIAL EFFECTS SYSTEM COMPRISED OF CONDUITS IN THE FORM OF CRYO-GENIC VAPORIZERS FOR STORING CRYOGENIC FLUIDS AND TRANSPORTING THE FLUIDS VIA A SERIES OF OUTLETS TO GENERATE A CONTROLLED AND CONCEN-TRATED CLOUD OR FOG-LIKE EFFECT IN A DEFINED AREA, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 8-1-1999; IN COMMERCE 8-1-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,928,564.

SER. NO. 85-468,154, FILED 11-9-2011.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,231,749**  KRYOGENIFEX, INC. (FLORIDA CORPORATION)
101 COLLINS AVENUE, APT. 21
**Registered Oct. 30, 2012**  MIAMI BEACH, FL 33149

**Int. Cl.: 11**  FOR: SPECIAL EFFECTS SYSTEM FOR USE AS A VAPORIZER COMPRISED OF A CRYOGENIC VAPORIZER, A CONTROL BOX, A OPTIONAL HUMIDIFIER, SOLENOIDS, METAL PIPELINES AND ELBOWS, METAL ANCHORS AND A FLUID OUTLET, IN CLASS

**TRADEMARK**  11 (U.S. CLS. 13, 21, 23, 31 AND 34).

**PRINCIPAL REGISTER**  FIRST USE 8-1-1999; IN COMMERCE 8-1-1999.

OWNER OF U.S. REG. NO. 2,928,564.

THE COLOR(S) BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF "KRYOGENIFEX" APPEARING IN BLUE WITH A SNOWFLAKE LIKE DESIGN APPEARING TO THE LEFT.

SER. NO. 76-708,485, FILED 7-26-2011.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# KRYOKITCHEN

**Reg. No. 4,327,255**  
**Registered Apr. 30, 2013**  
**Int. Cl.: 11**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)  
600 GRAPETREE DRIVE, #505  
KEY BISCAYNE, FL 32301

FOR: BEVERAGE-COOLING APPARATUS; ICE CREAM MAKERS; ICE MACHINES AND APPARATUS; IMMERSION STYLE CHILLER FOR USE IN FOOD PROCESSING, FUNCTIONING AS LAST BACTERIOLOGICAL INTERVENTION POINT IN THE CHILLING SYSTEM; REFRIGERATION EQUIPMENT, NAMELY, FOOD AND BEVERAGE CHILLING UNITS; REFRIGERATION EQUIPMENT, NAMELY, RAPID FOOD CHILLING UNITS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 8-21-2007; IN COMMERCE 8-21-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,928,564 AND 4,189,596.

SER. NO. 85-663,802, FILED 6-28-2012.

JAMES LOVELACE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# KryoGun

| | |
|---|---|
| **Reg. No. 4,330,896** | KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY) |
| **Registered May 7, 2013** | 600 GRAPETREE DRIVE, #505<br>KEY BISCAYNE, FL 32301 |
| **Int. Cl.: 11** | FOR: FOG MAKING MACHINES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34). |
| **TRADEMARK** | FIRST USE 7-0-2005; IN COMMERCE 7-0-2005. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |

OWNER OF U.S. REG. NOS. 2,928,564 AND 4,189,596.

SER. NO. 85-663,744, FILED 6-28-2012.

JAMES LOVELACE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# KRYOPAK

| | |
|---|---|
| **Reg. No. 4,387,800** | KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY) |
| **Registered Aug. 20, 2013** | 600 GRAPETREE DRIVE, #5DS<br>KEY BISCAYNE, FL 33149 |
| **Int. Cl.: 11** | FOR: FOG MAKING MACHINES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34). |
| **TRADEMARK** | FIRST USE 7-18-2005; IN COMMERCE 7-18-2005. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 2,928,564. |
| | SER. NO. 85-820,775, FILED 1-11-2013. |
| | JAMES STEIN, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office



# KRYOJET

| | |
|---|---|
| **Reg. No. 4,387,802** | KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY) |
| **Registered Aug. 20, 2013** | 600 GRAPETREE DRIVE, #5DS<br>KEY BISCAYNE, FL 33149 |
| **Int. Cl.: 11** | FOR: FOG MAKING MACHINES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34). |
| **TRADEMARK** | FIRST USE 11-15-2002; IN COMMERCE 11-15-2002. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 2,928,564. |
| | SER. NO. 85-820,817, FILED 1-11-2013. |
| | JAMES STEIN, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office



**United States of America**
United States Patent and Trademark Office

# KRYOSATELLITE

| | |
|---|---|
| **Reg. No. 4,388,169** | KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY) |
| **Registered Aug. 20, 2013** | 600 GRAPETREE DRIVE, #5DS<br>KEY BISCAYNE, FL 33149 |
| **Int. Cl.: 11** | FOR: FOG MAKING MACHINES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34). |
| **TRADEMARK** | FIRST USE 7-12-2010; IN COMMERCE 7-12-2010. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 2,928,564. |
| | SER. NO. 85-842,697, FILED 2-6-2013. |
| | JAMES STEIN, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office



# KRYOBOT

**Reg. No. 4,392,365**  
**Registered Aug. 27, 2013**  
**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)  
600 GRAPETREE DRIVE, #5DS  
KEY BISCAYNE, FL 33149

FOR: FOG MAKING MACHINES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-30-2010; IN COMMERCE 9-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,928,564.

SER. NO. 85-875,338, FILED 3-13-2013.

JAMES STEIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# Kryomixer

**Reg. No. 4,447,976**
**Registered Dec. 10, 2013**
**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)
#5DS
600 GRAPETREE DRIVE
KEY BISCAYNE, FL 33149

FOR: ELECTRIC MIXERS; ELECTRIC MIXERS FOR HOUSEHOLD PURPOSES; KITCHEN MACHINES, NAMELY, ELECTRIC STANDING MIXERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 2-1-2011; IN COMMERCE 2-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,928,564, 4,189,596, AND 4,231,749.

SER. NO. 86-008,334, FILED 7-11-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# Kryobox

**Reg. No. 4,447,992**  
**Registered Dec. 10, 2013**  
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)  
#5DS  
600 GRAPETREE DRIVE  
KEY BISCAYNE, FL 33149

FOR: ELECTRIC CONTROL PANELS; ELECTRICAL CONTROLLERS; ELECTRICAL CONTROLLING DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-2012; IN COMMERCE 4-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-025,143, FILED 7-31-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Commissioner for Trademarks of the  
United States Patent and Trademark Office



# KRYOSTATION

| | |
|---|---|
| **Reg. No. 4,450,949** | KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY) <br> 600 GRAPETREE DRIVE, #5DS |
| **Registered Dec. 17, 2013** | KEY BISCAYNE, FL 33149 |
| **Int. Cl.: 12** | FOR: WHEELED CARTS FOR USE IN PREPARATION OF FROZEN FOODS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 11-19-2010; IN COMMERCE 4-23-2013. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 2,928,564. |
| | SER. NO. 85-916,112, FILED 4-26-2013. |
| | JANICE L. MCMORROW, EXAMINING ATTORNEY |



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# Kryostation

**Reg. No. 4,451,536**
**Registered Dec. 17, 2013**
**Int. Cl.: 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)
#5DS
600 GRAPETREE DRIVE
KEY BISCAYNE, FL 33149

FOR: NON-MOTORIZED CART FOR STORAGE OF BOWLS AND EQUIPMENT, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-15-2012; IN COMMERCE 3-15-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,928,564, 4,189,596, AND 4,231,749.

SER. NO. 86-009,104, FILED 7-12-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office



# KRYOUMBRELLA

**Reg. No. 4,552,931**
**Registered June 17, 2014**
**Int. Cl.: 11**

**TRADEMARK**
**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)
#5DS
600 GRAPETREE DRIVE
KEY BISCAYNE, FL 33149

FOR: FOG GENERATORS; FOG MACHINES; FOG MAKING MACHINES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-1-2013; IN COMMERCE 10-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,928,564, 4,189,596, AND 4,231,749.

SN 85-900,932, FILED 4-10-2013.

JAMES STEIN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# Kryotube

**Reg. No. 4,562,672**  
**Registered July 8, 2014**  
**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)  
#5DS  
600 GRAPETREE DRIVE  
KEY BISCAYNE, FL 33149

FOR: TREATED GLASS TUBE WITH METALLIC BASE DESIGNED TO HOLD LIQUID NITROGEN FOR FOOD AND DRINK PREPARATION, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-15-2009; IN COMMERCE 1-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,928,564, 4,189,596, AND 4,231,749.

SER. NO. 86-008,337, FILED 7-11-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# Kryocabana

**Reg. No. 4,573,580**  
**Registered July 22, 2014**  
**Int. Cl.: 22**

**TRADEMARK**

**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)  
#5DS  
600 GRAPETREE DRIVE  
KEY BISCAYNE, FL 33149

FOR: CANOPIES; FABRIC CABANAS; TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 4-1-2014; IN COMMERCE 4-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,928,564, 4,189,596, AND 4,231,749.

SN 86-008,332, FILED 7-11-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,605,371**  KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)
            600 GRAPETREE DRIVE, #5DS
**Registered Sep. 16, 2014**  KEY BISCAYNE, FL 33149

**Int. Cl.: 21**  FOR: BARWARE, NAMELY, COCKTAIL SHAKERS, BOWLS, GLASSES AND PLATES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**  FIRST USE 4-13-2011; IN COMMERCE 4-13-2011.

**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NOS. 2,928,564, 4,189,596, AND 4,231,749.

THE MARK CONSISTS OF A MARTINI GLASS WITH 2 SNOWFLAKES ON THE OUTSIDE OF THE GLASS AND THE WORD "KRYOBAR" PRINTED TO THE RIGHT OF THE MARTINI GLASS.

SER. NO. 86-197,014, FILED 2-18-2014.

TEJBIR SINGH, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# Kryobar

**Reg. No. 4,752,502**
**Registered June 9, 2015**
**Int. Cl.: 21**

**TRADEMARK**
**PRINCIPAL REGISTER**

KRYO ENTERTAINMENT, LLC (FLORIDA LIMITED LIABILITY COMPANY)
#5DS
600 GRAPETREE DRIVE
KEY BISCAYNE, FL 33149

FOR: BARWARE, NAMELY, COCKTAIL SHAKERS, BOWLS, GLASSES AND PLATES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-13-2011; IN COMMERCE 4-13-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-025,174, FILED 7-31-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office