# KRYO°

FREE SHIPPING ON ORDERS OVER $50.00

Search all products...  🛒 Cart

Sign up!

HOME | SHOP | ABOUT KRYO° | WARRANTY & RETURNS | BECOME A DEALER | CONTACT US



## SHOP FOR
More categories ›

**WINESULATOR**

## WINESULATOR
More winesulator ›


KRYO° WINESULATOR™ | TIFFANY BLUE
24⁹⁹
SAVE $ 5


KRYO° WINESULATOR™ | NEON PINK
SOLD OUT
29⁹⁹


KRYO° WINESULATOR™ | CORAL
29⁹⁹


KRYO° WINESULATOR™ | VIOLET
29⁹⁹

KRYO° WINESULATOR™ | MINT
29⁹⁹


KRYO° WINESULATOR™ | ICE WHITE
24⁹⁹
SAVE $ 5


KRYO° WINESULATOR™ | MIDNIGHT BLACK
24⁹⁹
SAVE $ 5

**QUICK LINKS**
Contact
About us

**GET IN TOUCH**
[Facebook] [Instagram]

**NEWSLETTER**
Email Address    Sign Up

© 2017 KRYO° Gear    Powered by Shopify

[payment icons: American Express, Diners, Discover, JCB, MasterCard, PayPal, Visa]



**FREE SHIPPING ON ORDERS OVER $50.00**

Search all products...   Cart

HOME   SHOP   ABOUT KRYO°   WARRANTY & RETURNS   BECOME A DEALER   CONTACT US

Home  >  About Us

## ABOUT US

KRYO° is an Indianapolis based high-tech drinkware company founded by Dylan Jacob. The company was created with the end-goal of providing unique, high-quality products in a market that lacks variety and creativity. Each and every item we carry is carefully engineered to last a lifetime, to go all the places you go, and survive whatever life throws your way.

**QUICK LINKS**

Contact
About us

**GET IN TOUCH**

**NEWSLETTER**

Email Address   Sign Up

© 2017 KRYO° Gear   Powered by Shopify




Someone from Greenville, United States recently purchased KRYO° WINESULATOR™ | TIFFANY BLUE
2 MINUTES AGO



FREE SHIPPING ON ORDERS OVER $50.00





Home  >  Contact Us

## CONTACT US

## CONTACT US

**\* We will be closed 12/23-12/25**

You can contact our customer service online or by phone at (317) 474-7352,
Monday - Friday from 8:00 a.m. to 5:00 p.m. Eastern Time.

**SALES & PRODUCT INQUIRIES**

General Inquiries: (317) 474-7352
Email: sales@kryogear.com

**CUSTOMER SERVICE**

General Inquiries: (317) 474-7352
Email: sales@kryogear.com

**CORPORATE HEADQUARTERS**

KRYO GEAR LLC
5331 W. Minnesota St.
Indianapolis, IN 46241



Someone from Colora, United States recently purchased KRYO° WINESULATOR™ | MIDNIGHT BLACK
A MINUTE AGO

**QUICK LINKS**

Contact
About us

**GET IN TOUCH**

**NEWSLETTER**

Email Address    Sign Up

© 2017 KRYO° Gear    Powered by Shopify

